IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01686-JLK

CATHOLIC HEALTH INITIATIVES COLORADO

    Plaintiff,

v.

MICHAEL O. LEAVITT

    Defendant.

## CONSENT ORDER

WHEREAS, on August 8, 2008, Plaintiff Catholic Health Initiatives Colorado ("Catholic Health") filed this lawsuit against the Secretary of the Department of Health and Human Services ("the Secretary") to preserve its right to judicial review of Center for Medicare & Medicaid Service's allegedly improper recoupment of alleged overpayments stemming from "outlier" claims;

WHEREAS, on October 10, 2008, Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule 12(b)(1) for lack of subject matter jurisdiction asserting that Plaintiff failed to exhaust its administrative remedies before the Provider Reimbursement Review Board ("PRRB");

WHEREAS, on October 24, 2008, Catholic Health made requests to the PRRB for Expedited Judicial Review ("EJR") to determine the Board's position on whether the PRRB has jurisdiction over this issue;

WHEREAS, on November 19, 2008, the PRRB responded to the EJR requests by concluding that it has "authority" to "resolve" the issue;

WHEREAS, in light of the PRRB's decision the parties have discussed the appropriate disposition of the case and agreed on certain conditions, as set forth below, for the dismissal of this case;

WHEREFORE, based upon the foregoing recitals and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ordered:

1. This action is dismissed without prejudice; and

2. Plaintiff shall be entitled to reinstatement of this case, *nunc pro tunc* to August 8, 2008, in the event that the Secretary ultimately determines that the PRRB lacks jurisdiction over the issue, provided Plaintiff has exhausted its administrative remedies and seeks reinstatement within 60 days of the final jurisdictional decision of the Secretary.

Dec. 19, 2008

Judge John L. Kane